IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: SIMONA M PEARSON

CASE NO. 19-17971

CLAIM: #3

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4 hereby request the Trustee payment address on its claim for the above mentioned case be changed from the following address:

**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4**
**Transworld Systems Inc**
**PO BOX 96525**
**Charlotte NC, 28296**

To the new address below:

**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4**
**Transworld Systems Inc**
**PO BOX 17116**
**WILMINGTON, DE 19850**

This address change pertains to Trustee payments for this claim filed by the Creditor.

Stellia Joyner                                                             Date: 12/12/2023
Stellia Joyner
Telephone: 1-800-209-9161

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

# PHILADELPHIA DIVISION

Re: SIMONA M PEARSON                                                                              Chapter: 13
                                                                                                                    Case Number: 19-17971-amc

## CERTIFICATE OF SERVICE

This is to certify that on 12/13/2023, I have served all parties in the within and foregoing matter with a copy of the foregoing Proof of Claim, by depositing a copy of the same in the United States Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.


Debtor:        SIMONA M PEARSON
               1024 E DORSET STREET, PHILADELPHIA, PA 19150

Debtor's Attorney:        MICHAEL A CIBIK
                          CIBIK LAW, PC
                          1500 WALNUT STREET, SUITE 900, PHILADELPHIA, PA 19102

Trustee:       KENNETH E WEST
               OFFICE OF THE SHAPTER 13 TRUSTEE
               1234 MARKET STREET – SUITE 1813
               PHILADELLPHIA, PA 19107


____/s/_ Lestellia Joyner _____
Lestellia Joyner, Vendor Network Representative
Transworld Systems Inc./Servicer for creditor
1-800-209-9161