Certificate Number: 16339-PAE-DE-039329675

Bankruptcy Case Number: 19-17971



16339-PAE-DE-039329675

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 11, 2025</u>, at <u>2:23</u> o'clock <u>PM EST</u>, <u>Simona Pearson</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 11, 2025</u>        By:   <u>/s/Kelley Tipton</u>

                                        Name: <u>Kelley Tipton</u>

                                        Title: <u>Certified Financial Counselor</u>