**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | Chapter 13 |
|---|---|
| SIMONA M. PEARSON | Case No.19-17971-AMC |
| Debtor | |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: February 14, 2025      By:   */s/ Kenneth E. West*

Kenneth E. West, Esquire, Chapter 13 Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA  19106
(215) 627-1377 (Phone)