United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                            Case No. 19-17971-amc

Simona M. Pearson                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                               Page 1 of 3

Date Rcvd: Feb 18, 2025                     Form ID: 138OBJ                        Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Simona M. Pearson, 1024 E. Dorset Street, Philadelphia, PA 19150-3102 |
| 14494293 | + | America Honda Finance Corp, d/b/a Acura Finance Services, c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3124 |
| 14449129 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14444310 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14444311 | + | PATRICK NEMES,ESQUIRE, 3705 QUAKERBRIDGE RD, SUITE 116, HAMILTON NJ 08619-1288 |
| 14444313 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14444315 | + | Schachter Portnoy Schneck, LLC, 3705 Quacketbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 14444316 | + | TOBIAS SIPPLE, 7307 LIMEKILN PIKE, PHILADELPHIA PA 19138-1334 |
| 14444318 | + | Tsi/79, Pob 15943, Wilmington, DE 19850-5943 |
| 14444320 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14444321 | + | Wf Efs, Po Box 84712, Sioux Falls, SD 57118-4712 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14446350 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 19 2025 03:33:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14444294 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 19 2025 03:33:00 | American Honda Finance, P. O. Box 6034, Newark, DE 19714 |
| 14493981 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 19 2025 03:33:00 | American Honda Finance Corporation d/b/a Acura Fin, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |
| 14459774 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 19 2025 03:33:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14444298 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 19 2025 03:33:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Bank, Providence, RI 02903 |
| 14444299 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:33:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, |

Case 19-17971-amc   Doc 56   Filed 02/20/25   Entered 02/21/25 00:42:16   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 138OBJ | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 19102 |
| 14444300 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:33:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14444295 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2025 03:40:19 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14444296 | + | Email/Text: ecf@ccpclaw.com | Feb 19 2025 03:33:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14444301 | + | Email/Text: bankruptcy@philapark.org | Feb 19 2025 03:33:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14444303 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2025 03:40:12 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14471917 | | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2025 03:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14444302 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 19 2025 03:33:00 | Department of Education/Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 14444304 | | Email/Text: bankruptcycourts@equifax.com | Feb 19 2025 03:33:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14444305 | ^ | MEBN | Feb 19 2025 03:28:46 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14444306 | | Email/Text: EBNBKNOT@ford.com | Feb 19 2025 03:33:00 | Ford Motor Credit Company, PO Box 537901, Livonia MI 48153-7901 |
| 14444307 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 19 2025 03:33:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317 |
| 14444308 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2025 03:33:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14839148 | + | Email/Text: TSIBNCBOX4275@tsico.com | Feb 19 2025 03:33:00 | National Collegiate Student Loan, Trust 2007-4, Transworld Systems Inc., PO Box 17116, Wilmington, DE 19850-7116 |
| 14463087 | + | Email/Text: TSIBNCBOX4275@tsico.com | Feb 19 2025 03:33:00 | National Collegiate Student Loan Trust 2007-4, TSI, PO Box 4275, Norcross, GA 30091-4275 |
| 14444314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:40:19 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14452393 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2025 03:40:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14444312 | + | Email/Text: bankruptcy@philapark.org | Feb 19 2025 03:33:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14444317 | | Email/Text: DASPUBREC@transunion.com | Feb 19 2025 03:33:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14444319 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:40:23 | Wells Fargo Bank, MAC F823F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 14472310 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:40:07 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14454211 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:51:22 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 14786694 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 04:01:37 | Wells Fargo Bank, N.A. - Wells Fargo Education, Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |
| 14749876 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:40:30 | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |

Case 19-17971-amc  Doc 56  Filed 02/20/25  Entered 02/21/25 00:42:16  Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 138OBJ | Total Noticed: 42 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14444309 | | NATIONAL COLLEGIATE STUDENT LOAN TRUST |
| 14459775 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14444297 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14494574 | ##+ | American Honda Finance Corporation, c/o William E Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, PA 08057-3125 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Simona M. Pearson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation d/b/a Acura Financial Services Administrator For Honda Lease Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 55 − 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Simona M. Pearson  )  Case No. 19−17971−amc
   aka Simona Sipple  )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 14, 2025

For The Court

Timothy B. McGrath
Clerk of Court